# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSK, LYNN M | § | Case No. 14-24190 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/30/2014 . The undersigned trustee was appointed on 06/30/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $      123,121.01

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 54,470.63 |
| Bank service fees | 500.26 |
| Other payments to creditors | 6,688.16 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 16,225.92 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 45,236.04 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/15/2016 and the deadline for filing governmental claims was 04/15/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,437.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,437.91 , for a total compensation of $ 8,437.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.87 , for total expenses of $ 12.87 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/14/2017          By:/s/JOSEPH E. COHEN
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 14-24190 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BOSK, LYNN M | | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | | 341(a) Meeting Date: | 07/24/14 |
| For Period Ending: | 02/14/17 | | Claims Bar Date: | 04/15/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts<br>  Checking account with First Midwest | 300.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods<br>  Miscellaneous used household goods | 1,100.00 | 0.00 | | 0.00 | FA |
| 3. Books / Collectibles<br>  Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>  Personal used clothing | 650.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br>  Miscellaneous costume jewelry | 125.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies<br>  Whole Life Insurance - daughter and grand daughter are beneficiaries | 1,249.08 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing<br>  rollover IRA | 27,546.96 | 0.00 | | 0.00 | FA |
| 8. PI CLAIM/PRODUCTS LIABILITY LITIGATION (u)<br>  Estimated gross settlement before fees & expenses is $115,827.64 | 57,913.82 | 100,000.00 | | 123,121.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $88,934.86      $100,000.00      $123,121.01      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AWAITING CLEARANCE OF CHECKS DISBURSED; TFR TO FOLLOW - 1/5/17. BALANCE OF SETTLEMENT FUNDS RECEIVED 10/11/16; TRUSTEE PREPARED MOTION TO PAY SPECIAL COUNSEL

Case 14-24190   Doc 44   Filed 03/14/17   Entered 03/14/17 15:53:24   Desc Main
Document     Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 14-24190 | ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | | 341(a) Meeting Date: | 07/24/14 |
| | | | Claims Bar Date: | 04/15/16 |

TRUSTEE TO EMPLOY SPECIAL COUNSEL - 01/20/16. CASE REOPENED TO PURSUE PRODUCTS LIABILITY ACTION - Oct. 31, 2015.

Initial Projected Date of Final Report (TFR): 10/31/16     Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-24190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | | |
| For Period Ending: | 02/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/16 | 8 | Boston Scientifc QSF c/o Garretson Resolution Group 6281 Tri-Ridge Blvd, Ste 300 Loveland, OH  45140 | Settlement of Lawsuit | | 110,036.25 | | 110,036.25 |
| | | BOSTON SCIENTIFC QSF | Memo Amount: 115,827.64 | 1242-000 | | | |
| | | | Memo Amount: ( 5,791.39 ) MDL Fee Assessment | 2990-000 | | | |
| 07/19/16 | 300001 | Freece and Goss, PLLC Attn:  Yvette Diaz 3031 Allen Street Suite 200 Dallas, TX  75204 | Special Counsel for Trustee Fees | | | 45,539.20 | 64,497.05 |
| | | | Fees 44,014.50 | 3210-600 | | | |
| | | | Expenses 1,524.70 | 3220-610 | | | |
| 07/19/16 | 300002 | Lynn Bosk 299 Oak Ridge Court Apt 306 Antioch, IL  60002 | Personal Injury Exemption Payment | 8100-000 | | 16,225.92 | 48,271.13 |
| 07/20/16 | 300003 | GRG Lien Repayment Trust 6281 Tri-Ridge Blvd, Ste 300 Cincinnati, OH  45140 | Healthcare Lien Holdback Case ID 283246 | 4220-000 | | 5,560.83 | 42,710.30 |
| 07/20/16 | 300004 | Garretson Resolution  Group 6281 Tri-Ridge Blvd Ste 300 Cincinnati, OH  45140 | Settlement Admin Check TVM052551FGBS Lynn Bosk | 4220-000 | | 1,127.33 | 41,582.97 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.35 | 41,486.62 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.17 | 41,420.45 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.60 | 41,360.85 |
| | | | Page Subtotals | | 110,036.25 | 68,675.40 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 14-24190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | | |
| For Period Ending: | 02/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/11/16 | 8 | BOSTON SCIENTIFIC QSF<br>C/O GARRETSON RESOLUTION GROUP<br>6281 TRI-RIDGE BLVD, STE 300<br>LOVELAND OH 45140 | Settlement Funds | | | 6,933.00 | | 48,293.85 |
| | | BOSTON SCIENTIFIC QSF | Memo Amount: | 7,293.37 | 1242-000 | | | |
| | | | SETTLEMENT FUNDS | | | | | |
| | | | Memo Amount: ( | 360.37 ) | 2990-000 | | | |
| | | | MDL FEE | | | | | |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 68.47 | 48,225.38 |
| 11/23/16 | 300005 | Freece and Goss, PLLC<br>Attn: Yvette Diaz<br>3031 Allen Street<br>Suite 200<br>Dallas, TX 75204 | Special Counsel for Trustee Fees | | | | 2,779.67 | 45,445.71 |
| | | | Fees | 2,773.20 | 3210-600 | | | |
| | | | Expenses | 6.47 | 3220-610 | | | |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 69.38 | 45,376.33 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 71.59 | 45,304.74 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 68.70 | 45,236.04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 123,121.01 | | COLUMN TOTALS | | 116,969.25 | 71,733.21 | 45,236.04 |
| Memo Allocation Disbursements: | 6,151.76 | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 116,969.25 | 71,733.21 | |
| Memo Allocation Net: | 116,969.25 | | Less: Payments to Debtors | | | 16,225.92 | |
| | | | Net | | 116,969.25 | 55,507.29 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 123,121.01 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,151.76 | | Checking Account (Non-Interest Earn - *******6488 | | 116,969.25 | 55,507.29 | 45,236.04 |
| Total Memo Allocation Net: | 116,969.25 | | | | 116,969.25 | 55,507.29 | 45,236.04 |
| | | | Page Subtotals | | 6,933.00 | 3,057.81 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.06c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 14-24190 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BOSK, LYNN M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | |
| For Period Ending: | 02/14/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Page 1     **EXHIBIT C**     Date: February 14, 2017
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-24190     Claim Class Sequence
Debtor Name: BOSK, LYNN M

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-60 | Freece & Goss, PLLC<br>3031 Allen Street<br>Ste 200<br>Dallas, TX 75204 | Administrative | | $48,318.87 | $48,318.87 | $0.00 |
| ADMIN 001 2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| ADMIN 2 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $8,450.78 | $0.00 | $8,450.78 |
| ADMIN 3 001 3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,979.44 | $0.00 | $3,979.44 |
| 999 8200-00 | LYNN M BOSK<br>ANTIOCH, IL 60002 | Unsecured | | $3,136.89 | $0.00 | $3,136.89 |
| 000001 070 7100-00 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | Unsecured | | $7,989.64 | $0.00 | $7,989.64 |
| 000002 070 7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $316.99 | $0.00 | $316.99 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $338.73 | $0.00 | $338.73 |
| 000004 070 7100-00 | Capital One<br>PO Box 30253<br>Salt Lake City UT 84130 | Unsecured | | $7,766.64 | $0.00 | $7,766.64 |
| 000005 070 7100-00 | Empi<br>Medical Billing<br>599 Cardigan Road<br>Saint Paul, MN 55126 | Unsecured | | $58.90 | $0.00 | $58.90 |
| 000006 070 7100-00 | Hawthorn Surgical Center<br>1900 Hollister Dr. #100<br>Libertyville, IL 60048 | Unsecured | | $205.00 | $0.00 | $205.00 |
| 000007 070 7100-00 | Walmart<br>4125 Windward Plaza<br>Alpharetta, GA 30005 | Unsecured | | $975.00 | $0.00 | $975.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 14, 2017 |

Case Number:  14-24190  
Debtor Name:  BOSK, LYNN M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Humana Claims Office PO Box 14610 Lexington, KY 40512 | Unsecured | | $1,978.00 | $0.00 | $1,978.00 |
| 000009 070 7100-00 | Northwestern Lake Forest Hosp. c/o Malcoln S. Gerald & Assoc. 332 S Michigan Ave Ste 600 Chicago, IL 60604 | Unsecured | | $9,174.08 | $0.00 | $9,174.08 |
| 000010 070 7100-00 | Park Ridge Anesthesiology PO BOX 123 Jackson, MI 49204 | Unsecured | | $179.65 | $0.00 | $179.65 |
| 000011 070 7100-00 | Publishers Clearing House PO Box 4002931 Des Moines, IA 50340 | Unsecured | | $340.06 | $0.00 | $340.06 |
| | Case Totals: | | | $93,468.67 | $48,318.87 | $45,149.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-24190
Case Name: BOSK, LYNN M
Trustee Name: JOSEPH E. COHEN

|  | Balance on hand | $ | 45,236.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 8,437.91 | $ 0.00 | $ 8,437.91 |
| Trustee Expenses: JOSEPH E. COHEN | $ 12.87 | $ 0.00 | $ 12.87 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,872.00 | $ 0.00 | $ 3,872.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 107.44 | $ 0.00 | $ 107.44 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Freece & Goss, PLLC | $ 46,787.70 | $ 46,787.70 | $ 0.00 |
| Other: Freece & Goss, PLLC | $ 1,531.17 | $ 1,531.17 | $ 0.00 |

|  | Total to be paid for chapter 7 administrative expenses | $ | 12,690.22 |
|  | Remaining Balance | $ | 32,545.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 29,322.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cach, Llc | $ 7,989.64 | $ 0.00 | $ 7,989.64 |
| 000002 | American InfoSource LP as agent for | $ 316.99 | $ 0.00 | $ 316.99 |
| 000003 | Quantum3 Group LLC as agent for | $ 338.73 | $ 0.00 | $ 338.73 |
| 000004 | Capital One | $ 7,766.64 | $ 0.00 | $ 7,766.64 |
| 000005 | Empi | $ 58.90 | $ 0.00 | $ 58.90 |
| 000006 | Hawthorn Surgical Center | $ 205.00 | $ 0.00 | $ 205.00 |
| 000007 | Walmart | $ 975.00 | $ 0.00 | $ 975.00 |
| 000008 | Humana Claims Office | $ 1,978.00 | $ 0.00 | $ 1,978.00 |
| 000009 | Northwestern Lake Forest Hosp. | $ 9,174.08 | $ 0.00 | $ 9,174.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Park Ridge Anesthesiology | $ 179.65 | $ 0.00 | $ 179.65 |
| 000011 | Publishers Clearing House | $ 340.06 | $ 0.00 | $ 340.06 |

Total to be paid to timely general unsecured creditors     $     29,322.69

Remaining Balance     $     3,223.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 86.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,136.89 .