IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **LYNN BOSK** | ) | No. 14 B 24190 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 15, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                              BY:/s/ Joseph E. Cohen
                                             One of His Attorney

Service List:

Cach, LLC
4340 S Monaco St, Unit 2
Denver, CO   80237

American InfoSource LP as agent for
TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124

Quantum3 Group, LLC as agent for
MOMA Funding, LLC
P.O. Box 788
Kirkland, WA   98083

Capital One
P.O. Box 30253
Salt Lake City, UT   84130

Empi
Medical Billing
599 Cardigan Road
Saint Paul, MN   55126

Hawthorne Surgical Center
1900 Hollister Drive, #100
Libertyville, IL   60048

Walmart
4125 Windward Plaza
Alpharetta, GA   30005

Humana Claims Office
P.O. Box 14610
Lexington, KY   40512

Northwestern Lake Forest Hospital
c/o Malcolm S. Gerald & Assoc.
332 S. Michigan Avenue, Ste 600
Chicago, IL   60604

Park Ridge Anesthesiology
P.O. Box 123
Jackson, MI   49204

Publishing Clearing House
P.O. Box 4002931
Des Moines, IA   50340

Jason Blust
Jason.blust@clientfirstbankruptcy.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov