UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
 §
BOSK, LYNN M § Case No. 14-24190
 §
 §
_____Debtor § 

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 47,246.96 |
| Total Distributions to Claimants: 36,097.09 | Claims Discharged Without Payment: 66,615.94 |
| Total Expenses of Administration: 67,661.11 | |

3) Total gross receipts of $ 123,121.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,362.81 (see **Exhibit 2**), yielded net receipts of $ 103,758.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 6,688.16 | $ 6,688.16 | $ 6,688.16 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,661.11 | 67,661.11 | 67,661.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,896.80 | 29,322.69 | 39,070.41 | 29,408.93 |
| **TOTAL DISBURSEMENTS** | $ 56,896.80 | $ 103,671.96 | $ 113,419.68 | $ 103,758.20 |

   4)  This case was originally filed under chapter 7 on  06/30/2014 .  The case was pending for 45 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  03/22/2018            By: /s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1242-000 | 123,121.01 |
| **TOTAL GROSS RECEIPTS** | | **$ 123,121.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lynn Bosk | Exemptions | 8100-000 | 16,225.92 |
| LYNN M BOSK | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,136.89 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 19,362.81** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GARRETSON RESOLUTION GROUP | 4220-000 | NA | 1,127.33 | 1,127.33 | 1,127.33 |
| | GRG LIEN REPAYMENT TRUST | 4220-000 | NA | 5,560.83 | 5,560.83 | 5,560.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 6,688.16 | $ 6,688.16 | $ 6,688.16 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 8,437.91 | 8,437.91 | 8,437.91 |
| COHEN, JOSEPH E. | 2200-000 | NA | 12.87 | 12.87 | 12.87 |
| ASSOCIATED BANK | 2600-000 | NA | 500.26 | 500.26 | 500.26 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| MDL FEE | 2990-000 | NA | 360.37 | 360.37 | 360.37 |
| MDL Fee Assessment | 2990-000 | NA | 5,791.39 | 5,791.39 | 5,791.39 |
| COHEN & KROL | 3110-000 | NA | 2,581.35 | 2,581.35 | 2,581.35 |
| COHEN, JOSEPH | 3110-000 | NA | 1,290.65 | 1,290.65 | 1,290.65 |
| COHEN & KROL | 3120-000 | NA | 107.44 | 107.44 | 107.44 |
| FREECE & GOSS, PLLC | 3210-600 | NA | 46,787.70 | 46,787.70 | 46,787.70 |
| FREECE & GOSS, PLLC | 3220-610 | NA | 1,531.17 | 1,531.17 | 1,531.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 67,661.11 | $ 67,661.11 | $ 67,661.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Health Care POBox 341700 Milwaukee, WI 53234 | | 198.00 | NA | NA | 0.00 |
| | Aurora Health Care POBox 341700 Milwaukee, WI 53234 | | 111.83 | NA | NA | 0.00 |
| | Barclaycard Card Services Center P.O Box 13337 Philadelphia, PA 19101 | | 7,634.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 7,911.00 | NA | NA | 0.00 |
| | Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 7,767.00 | NA | NA | 0.00 |
| | Cap One Po Box 30253 Salt Lake City, UT 84130 | | 958.61 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Cath/soanb 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/womnwthn 4590 E Broad St Columbus, OH 43213 | | 338.00 | NA | NA | 0.00 |
| | Comenity Capital/blair Po Box 182120 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Empi Medical Billing 599 Cardigan Road Saint Paul, MN 55126 | | 58.90 | NA | NA | 0.00 |
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |
| | First Source Advantage, LLC PO BOX 628 Buffalo, NY 14240 | | 316.99 | NA | NA | 0.00 |
| | G M A C 15303 S 94th Ave Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |
| | GE Capital Retail Bank PO Box 960061 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/care Credit C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/gecaf Nations Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/jcp 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/jcp 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/walmart Dc 4125 Windward Plaza Alpharetta, GA 30005 | | 975.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/walmart Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Hawthorn Surgical Center 1900 Hollister Dr. #100 Libertyville, IL 60048 | | 205.00 | NA | NA | 0.00 |
| | Hsbc/bstby Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Humana Claims Office POBox 14610 Lexington, KY 40512 | | 1,978.00 | NA | NA | 0.00 |
| | Integrity Solution Services PO BOX 1997 Southgate, MI 48195 | | 892.00 | NA | NA | 0.00 |
| | John C. Bonewicz 8001 N Lincoln Ave. Skokie, IL 60077 | | 7,766.64 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau 1175 Devin Dr. Ste 171 Muskegon, MI 49441 | | 179.65 | NA | NA | 0.00 |
| | Mercantile PO Box 9315A Rochester, NY 14604 | | 975.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit 1150 East University Drive First Floor Tempe, AZ 85281 | | 7,601.60 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hosp. c/o Malcoln S. Gerald & Assoc. 332 S Michigan Ave Ste 600 Chicago, IL 60604 | | 9,174.08 | NA | NA | 0.00 |
| | Park Ridge Anesthesiology PO BOX 123 Jackson, MI 49204 | | 179.65 | NA | NA | 0.00 |
| | Peoples Engy 130 E Randolph Dr Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Publishers Clearing House PO Box 4002931 Des Moines, IA 50340 | | 340.06 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6283 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | 316.00 | NA | NA | 0.00 |
| | Walmart PO Box 981064 El Paso, TX 79998 | | 959.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Women Within PO BOX 659728 San Antonio, TX 78265 | | 60.00 | NA | NA | 0.00 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 316.99 | 316.99 | 316.99 |
| 000001 | CACH, LLC | 7100-000 | NA | 7,989.64 | 7,989.64 | 7,989.64 |
| 000004 | CAPITAL ONE | 7100-000 | NA | 7,766.64 | 7,766.64 | 7,766.64 |
| | CLERK US BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 9,747.72 | 9,747.72 |
| 000005 | EMPI | 7100-000 | NA | 58.90 | 58.90 | 58.90 |
| 000006 | HAWTHORN SURGICAL CENTER | 7100-000 | NA | 205.00 | 205.00 | 0.00 |
| 000008 | HUMANA CLAIMS OFFICE | 7100-000 | NA | 1,978.00 | 1,978.00 | 1,978.00 |
| 000009 | NORTHWESTERN LAKE FOREST HOSP. | 7100-000 | NA | 9,174.08 | 9,174.08 | 0.00 |
| 000010 | PARK RIDGE ANESTHESIOLOGY | 7100-000 | NA | 179.65 | 179.65 | 179.65 |
| 000011 | PUBLISHERS CLEARING HOUSE | 7100-000 | NA | 340.06 | 340.06 | 0.00 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 338.73 | 338.73 | 338.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | WALMART | 7100-000 | NA | 975.00 | 975.00 | 975.00 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 0.93 |
| | CACH, LLC | 7990-000 | NA | NA | NA | 23.50 |
| | CAPITAL ONE | 7990-000 | NA | NA | NA | 22.84 |
| | EMPI | 7990-000 | NA | NA | NA | 0.17 |
| | HUMANA CLAIMS OFFICE | 7990-000 | NA | NA | NA | 5.82 |
| | PARK RIDGE ANESTHESIOLOGY | 7990-000 | NA | NA | NA | 0.53 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 1.00 |
| | WALMART | 7990-000 | NA | NA | NA | 2.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,896.80 | $ 29,322.69 | $ 39,070.41 | $ 29,408.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-24190   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | Date Filed (f) or Converted (c):   06/30/14 (f) |
| | | 341(a) Meeting Date:   07/24/14 |
| For Period Ending: | 03/22/18 | Claims Bar Date:   04/15/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts<br>   Checking account with First Midwest | 300.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods<br>   Miscellaneous used household goods | 1,100.00 | 0.00 | | 0.00 | FA |
| 3. Books / Collectibles<br>   Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>   Personal used clothing | 650.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br>   Miscellaneous costume jewelry | 125.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies<br>   Whole Life Insurance - daughter and grand daughter are beneficiaries | 1,249.08 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing<br>   rollover IRA | 27,546.96 | 0.00 | | 0.00 | FA |
| 8. PI CLAIM/PRODUCTS LIABILITY LITIGATION (u)<br>   Estimated gross settlement before fees & expenses is $115,827.64 | 57,913.82 | 100,000.00 | | 123,121.01 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $88,934.86 | $100,000.00 | | $123,121.01 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING FUNDS INTO CLERK OF THE COURT - 1/11/2018. SENT TFR TO US TEE FOR REVIEW - 2/17/17. AWAITING
CLEARANCE OF CHECKS DISBURSED; TFR TO FOLLOW - 1/5/17.  BALANCE OF SETTLEMENT FUNDS RECEIVED 10/11/16; TRUSTEE PREPARED

LFORM1                                                                                                                                                   Ver: 20.00g

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-24190    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | Date Filed (f) or Converted (c):   06/30/14 (f) |
| | | 341(a) Meeting Date:   07/24/14 |
| | | Claims Bar Date:   04/15/16 |

MOTION TO PAY SPECIAL COUNSEL

TRUSTEE TO EMPLOY SPECIAL COUNSEL - 01/20/16. CASE REOPENED TO PURSUE PRODUCTS LIABILITY ACTION - Oct. 31, 2015.

Initial Projected Date of Final Report (TFR): 10/31/16       Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-24190 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | |
| For Period Ending: | 03/22/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/16 | 8 | Boston Scientifc QSF c/o Garretson Resolution Group 6281 Tri-Ridge Blvd, Ste 300 Loveland, OH 45140 | Settlement of Lawsuit | | 110,036.25 | | 110,036.25 |
| | | BOSTON SCIENTIFC QSF | Memo Amount: 115,827.64 | 1242-000 | | | |
| | | | Memo Amount: ( 5,791.39 ) MDL Fee Assessment | 2990-000 | | | |
| 07/19/16 | 300001 | Freece and Goss, PLLC Attn: Yvette Diaz 3031 Allen Street Suite 200 Dallas, TX 75204 | Special Counsel for Trustee Fees | | | 45,539.20 | 64,497.05 |
| | | | Fees 44,014.50 | 3210-600 | | | |
| | | | Expenses 1,524.70 | 3220-610 | | | |
| 07/19/16 | 300002 | Lynn Bosk 299 Oak Ridge Court Apt 306 Antioch, IL 60002 | Personal Injury Exemption Payment | 8100-000 | | 16,225.92 | 48,271.13 |
| 07/20/16 | 300003 | GRG Lien Repayment Trust 6281 Tri-Ridge Blvd, Ste 300 Cincinnati, OH 45140 | Healthcare Lien Holdback Case ID 283246 | 4220-000 | | 5,560.83 | 42,710.30 |
| 07/20/16 | 300004 | Garretson Resolution Group 6281 Tri-Ridge Blvd Ste 300 Cincinnati, OH 45140 | Settlement Admin Check TVM052551FGBS Lynn Bosk | 4220-000 | | 1,127.33 | 41,582.97 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.35 | 41,486.62 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.17 | 41,420.45 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.60 | 41,360.85 |

Page Subtotals    110,036.25    68,675.40

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-24190 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | BOSK, LYNN M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | |
| For Period Ending: | 03/22/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/11/16 | 8 | BOSTON SCIENTIFIC QSF<br>C/O GARRETSON RESOLUTION GROUP<br>6281 TRI-RIDGE BLVD, STE 300<br>LOVELAND OH 45140 | Settlement Funds | | 6,933.00 | | 48,293.85 |
| | | BOSTON SCIENTIFIC QSF | Memo Amount: 7,293.37<br>SETTLEMENT FUNDS | 1242-000 | | | |
| | | | Memo Amount: ( 360.37 )<br>MDL FEE | 2990-000 | | | |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.47 | 48,225.38 |
| 11/23/16 | 300005 | Freece and Goss, PLLC<br>Attn: Yvette Diaz<br>3031 Allen Street<br>Suite 200<br>Dallas, TX 75204 | Special Counsel for Trustee Fees | | | 2,779.67 | 45,445.71 |
| | | | Fees 2,773.20 | 3210-600 | | | |
| | | | Expenses 6.47 | 3220-610 | | | |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.38 | 45,376.33 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.59 | 45,304.74 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.70 | 45,236.04 |
| 05/03/17 | 300006 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Claim ADMIN, Payment 100.00000% | 2700-000 | | 260.00 | 44,976.04 |
| 05/03/17 | 300007 | JOSEPH COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | 3110-000 | | 1,290.65 | 43,685.39 |
| 05/03/17 | 300008 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 8,450.78 | 35,234.61 |
| | | | Fees 8,437.91 | 2100-000 | | | |

Page Subtotals 6,933.00 13,059.24

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2          Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 14-24190 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BOSK, LYNN M | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 |  |  |
| For Period Ending: | 03/22/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/03/17 | 300009 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Expenses 12.87<br>Claim ADMIN 3, Payment 100.00000% | 2200-000 |  | 2,688.79 | 32,545.82 |
| 05/03/17 | 300010 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | Fees 2,581.35<br>Expenses 107.44<br>Claim 000001, Payment 100.29413% | 3110-000<br>3120-000 |  | 8,013.14 | 24,532.68 |
| 05/03/17 | 300011 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 7,989.64<br>Interest 23.50<br>Claim 000002, Payment 100.29338% | 7100-000<br>7990-000 |  | 317.92 | 24,214.76 |
| 05/03/17 | 300012 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 316.99<br>Interest 0.93<br>Claim 000003, Payment 100.29522%<br>(3-1) Money Loaned | 7100-000<br>7990-000 |  | 339.73 | 23,875.03 |
| 05/03/17 | 300013 | Capital One<br>PO Box 30253<br>Salt Lake City UT 84130 | Claim 338.73<br>Interest 1.00<br>Claim 000004, Payment 100.29408% | 7100-000<br>7990-000 |  | 7,789.48 | 16,085.55 |
| 05/03/17 | 300014 | Empi | Claim 7,766.64<br>Interest 22.84<br>Claim 000005, Payment 100.28862% | 7100-000<br>7990-000 |  | 59.07 | 16,026.48 |

Page Subtotals     0.00     19,208.13

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-24190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | | |
| For Period Ending: | 03/22/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Medical Billing | | | | | |
| | | 599 Cardigan Road | | | | | |
| | | Saint Paul, MN 55126 | | | | | |
| | | | Claim        58.90 | 7100-000 | | | |
| | | | Interest      0.17 | 7990-000 | | | |
| * 05/03/17 | 300015 | Hawthorn Surgical Center | Claim 000006, Payment 100.29268% | | | 205.60 | 15,820.88 |
| | | 1900 Hollister Dr. #100 | | | | | |
| | | Libertyville, IL 60048 | | | | | |
| | | | Claim       205.00 | 7100-003 | | | |
| | | | Interest      0.60 | 7990-003 | | | |
| 05/03/17 | 300016 | Walmart | Claim 000007, Payment 100.29436% | | | 977.87 | 14,843.01 |
| | | 4125 Windward Plaza | (7-1) Modified on 4/27/16 to | | | | |
| | | Alpharetta, GA 30005 | correct creditor's name nb | | | | |
| | | | Claim       975.00 | 7100-000 | | | |
| | | | Interest      2.87 | 7990-000 | | | |
| 05/03/17 | 300017 | Humana Claims Office | Claim 000008, Payment 100.29424% | | | 1,983.82 | 12,859.19 |
| | | PO Box 14610 | | | | | |
| | | Lexington, KY 40512 | | | | | |
| | | | Claim     1,978.00 | 7100-000 | | | |
| | | | Interest      5.82 | 7990-000 | | | |
| * 05/03/17 | 300018 | Northwestern Lake Forest Hosp. | Claim 000009, Payment 100.29409% | | | 9,201.06 | 3,658.13 |
| | | c/o Malcolm S. Gerald & Assoc. | | | | | |
| | | 332 S Michigan Ave Ste 600 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| | | | Claim     9,174.08 | 7100-003 | | | |
| | | | Interest     26.98 | 7990-003 | | | |
| 05/03/17 | 300019 | Park Ridge Anesthesiology | Claim 000010, Payment 100.29502% | | | 180.18 | 3,477.95 |
| | | PO BOX 123 | | | | | |
| | | Jackson, MI 49204 | | | | | |

Page Subtotals          0.00          12,548.53

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 17)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-24190 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BOSK, LYNN M | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | | | |
| For Period Ending: | 03/22/18 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim         179.65 | 7100-000 | | | |
| | | | Interest          0.53 | 7990-000 | | | |
| * 05/03/17 | 300020 | Publishers Clearing House<br>PO Box 4002931<br>Des Moines, IA 50340 | Claim 000011, Payment 100.29407% | | | 341.06 | 3,136.89 |
| | | | Claim         340.06 | 7100-003 | | | |
| | | | Interest          1.00 | 7990-003 | | | |
| 05/03/17 | 300021 | LYNN M BOSK<br>ANTIOCH, IL  60002 | Surplus Funds | 8200-002 | | 3,136.89 | 0.00 |
| * 05/09/17 | 300020 | Publishers Clearing House<br>PO Box 4002931<br>Des Moines, IA 50340 | Claim 000011, Payment 100.29407% | | | -341.06 | 341.06 |
| | | | Claim    (    340.06 ) | 7100-003 | | | |
| | | | Interest    (      1.00) | 7990-003 | | | |
| * 05/10/17 | 300015 | Hawthorn Surgical Center<br>1900 Hollister Dr. #100<br>Libertyville, IL 60048 | Claim 000006, Payment 100.29268% | | | -205.60 | 546.66 |
| | | | Claim    (    205.00 ) | 7100-003 | | | |
| | | | Interest    (      0.60) | 7990-003 | | | |
| * 01/31/18 | 300018 | Northwestern Lake Forest Hosp.<br>c/o Malcolm S. Gerald & Assoc.<br>332 S Michigan Ave Ste 600<br>Chicago, IL 60604 | Claim 000009, Payment 100.29409%<br>cHECK NOT CASHED | | | -9,201.06 | 9,747.72 |
| | | | Claim    (  9,174.08 ) | 7100-003 | | | |
| | | | Interest    (     26.98) | 7990-003 | | | |
| 01/31/18 | 300022 | CLERK US BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 9,747.72 | 0.00 |

Page Subtotals          0.00          3,477.95

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 18)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-24190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BOSK, LYNN M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3930 | | | |
| For Period Ending: | 03/22/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 123,121.01 | COLUMN TOTALS | 116,969.25 | 116,969.25 | 0.00 |
| Memo Allocation Disbursements: | 6,151.76 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 116,969.25 | 116,969.25 | |
| Memo Allocation Net: | 116,969.25 | Less: Payments to Debtors | | 19,362.81 | |
| | | Net | 116,969.25 | 97,606.44 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 123,121.01 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,151.76 | Checking Account (Non-Interest Earn - *******6488 | 116,969.25 | 97,606.44 | 0.00 |
| | | | ------------------ | ------------------ | ------------------ |
| Total Memo Allocation Net: | 116,969.25 | | 116,969.25 | 97,606.44 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*